IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH BANE,

    Plaintiff,

v.                                      Case No. 1:08-cv-122/SPM/AK

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE, a Pennsylvania
corporation; GLAXOSMITHKLINE plc,
an English public limited company;
GLAXO WELLCOME UK LTD.,
Uxbridge, Middlesex, UK; and
GLAXOSMITHKLINE UKLIMITED
BRENTFORD, Middlesex, UK,

    Defendants.
_____/

**ORDER TEMPORARILY STAYING ALL PROCEEDINGS
PENDING MDL TRANSFER**

THIS CAUSE comes before the Court upon the Defendant's unopposed motion to stay all proceedings in this case pending a final ruling from the Judicial Panel on Multi-District Litigation ("JPML") regarding transfer of this case to MDL-1871.

Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's motion to stay (docs. 4) is hereby ***granted***.

2. All proceedings in this case are temporarily stayed until ***December 1, 2008***, pending transfer.

3. Parties are hereby ordered to notify the Court within five days of the

date the transfer occurs.  If no transfer has been made by

***December 1, 2008***, the parties are ordered to file a status report

with this Court.

DONE AND ORDERED this <u>fifteenth</u> day of August, 2008.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge